FILED
2006 Jan-17 PM 04:03
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ADRIAN KERMIT DUNCAN,** | ) |
| Plaintiff, | ) |
| vs. | ) |
|  | ) Civil Action Number |
| **WARDEN BILLY MITCHEM** and **THE ATTORNEY GENERAL OF THE STATE OF ALABAMA,** | ) **2:04-cv-00139-UWC-JEO** |
| Defendant. | ) |

## ORDER

Consistent with the accompanying memorandum opinion, it is ORDERED, ADJUDGED and DECREED that the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 is due to be and is hereby DENIED.

Done the 17th day of January, 2006.

U.W. Clemon
Chief United States District Judge